UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEONCA WILLIAMS,

                Plaintiff,

-against-                         21-CV-0520 (LTS)

NEW YORK CITY DEPARTMENT OF         ORDER OF DISMISSAL
EDUCATION; ASSISTANT PRINCIPAL
FELICIA BRAY,

                Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who appears *pro se*, originally filed this action without the filing fees or a request to proceed *in forma pauperis* (IFP). By order dated March 26, 2021, the Court granted Plaintiff thirty days to either pay the filing fees or to submit a completed and signed IFP application. (ECF No. 2.) Plaintiff complied with the Court's March 26, 2021 order, and she submitted an IFP application on April 26, 2021. (ECF No. 3.) By order dated June 3, 2021, the Court granted Plaintiff's request to proceed IFP (ECF No. 4), and on June 7, 2021, the Court directed Plaintiff to file an amended complaint within sixty days of the date of that order. (ECF No. 5.) The Court's June 7, 2021 order specified that failure to file an amended complaint would result in dismissal of the complaint. On August 9, 2021, Plaintiff filed a second application to proceed IFP (ECF No. 6), but she has not filed an amended complaint. Accordingly, the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   August 24, 2021
           New York, New York

                                       /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                       Chief United States District Judge