UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DEONCA WILLIAMS,<br><br>                    Plaintiff,<br><br>        -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION; ASSISTANT PRINCIPAL FELICIA BRAY,<br><br>                    Defendants. | 21-CV-0520 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued August 24, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    August 24, 2021
         New York, New York

                                             /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge